FILED
CLERK, U.S. DISTRICT COURT
12/06/2014
CENTRAL DISTRICT OF CALIFORNIA
BY: C. Wynn DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MARCEL JOHNSON,<br><br>        Petitioner,<br>    vs.<br>LINDA SANDERS, Warden,<br><br>        Respondent. | Case No. CV 12-1328-SVW (DTB)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered dismissing this action with prejudice.

Dated: December 6, 2014

                                                  STEPHEN V. WILSON
                                                  UNITED STATES DISTRICT JUDGE