JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/06/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: C. Wynn  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINCY MARCEL JOHNSON,<br>Petitioner,<br>vs.<br>LINDA SANDERS, Warden,<br>Respondent. | Case No. CV 12-1328-SVW (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: December 6, 2014

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE